# BRACEWELL

August 25, 2017

**VIA ECF**

Hon. Alison J. Nathan
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Arraignment of Defendant Michael Siva is scheduled for Tuesday, September 5, 2017 at 1:00 p.m. SO ORDERED.

Re:   United States v. Michael Siva, 17 Cr. 00503 (S.D.N.Y)

Dear Judge Nathan:

I have been retained to represent Michael Siva in the above-captioned case. As the Court knows, Mr. Siva has yet to be arraigned on the indictment. I have spoken to AUSA Andrea Griswold, and we are available for an arraignment on Tuesday, September 5, 2017, at 1:00 pm, if that is acceptable to the Court.

Respectfully,

/s Paul Shechtman

Paul Shechtman
Partner

SO ORDERED: 8/28/17

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 2 9 2017

PS/ml

Paul Shechtman
Partner

T: +1.212.508.6107     F: +1.800.404.3970
1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100
paul.shechtman@bracewell.com     bracewell.com

AUSTIN  CONNECTICUT  DALLAS  DUBAI  HOUSTON  LONDON  NEW YORK  SAN ANTONIO  SEATTLE  WASHINGTON, DC