UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

-v-

Michael Siva et al.,

                       Defendants.

17-cr-503 (AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 2 8 2018

ALISON J. NATHAN, District Judge:

    The parties shall file a letter updating the Court on the status of this case as to all Defendants. The letter is due September 3, 2018.

SO ORDERED:

Dated: August 27, 2018
         New York, New York

_____
ALISON J. NATHAN
United States District Judge