

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 3, 2018

> A status conference as to Defendant Siva is scheduled for October 3, 2018 at 10 a.m. The Court will exclude time under the Speedy Trial Act from today's date until October 3, 2018 because the Court finds that the ends of justice served by granting the exclusion outweigh the interests of the public and the Defendant in a speedy trial in order to allow the parties to continue negotiations towards a disposition of this case. SO ORDERED.

**BY ECF AND EMAIL**
Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Michael Siva et al.*, 17 Cr. 503 (AJN)

Dear Judge Nathan:

Pursuant to Your Honor's Order of August 28, 2018, the Government and the defendants in this case through their respective counsel jointly submit this letter to update Your Honor on the status of this case as to each of the five defendants. Defendant Jeffrey Rogiers pled guilty before Your Honor and his sentencing has been scheduled for December 18, 2018. Defendants Rodolfo Sablon and Jhonatan Zoquier both pled guilty in Magistrates' Court and the Government has separately applied to Your Honor for acceptance of their guilty pleas. Defendant Roberto Rodriguez is scheduled to plead guilty in Magistrates' Court on September 7, 2018. The remaining defendant, Michael Siva, has represented through his counsel that he will also be pleading guilty, either with or without a negotiated plea agreement, and Siva's counsel is scheduled to meet with representatives of the Government on September 6, 2018 to make an in-person presentation to the Government as part of the parties' ongoing plea negotiations. The Government respectfully proposes that Your Honor schedule a status conference on a date convenient for the Court in October 2018 to address the status of this case as to defendant Siva in the event that he has not pled guilty by then (a status conference that would be unnecessary and could be canceled if and when defendant Siva pleads guilty). The Government also respectfully requests, with the consent of the defendants who have not yet pled guilty through their respective counsel, that time under the Speedy Trial Act be excluded, in the interests of justice, through the date set for the status conference.

SO ORDERED 9/5/18
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Andrea M. Griswold / Samson Enzer
Assistant United States Attorneys
(212) 637-1205 / -2342

cc:   All counsel of record