

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 10, 2018

**BY ECF AND EMAIL**
Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States* v. *Michael Siva et al.*, 17 Cr. 503 (AJN)

Dear Judge Nathan:

    The Government and counsel for defendant Michael Siva jointly submit this letter to respectfully request that Your Honor convert the status conference currently scheduled for October 18, 2018 at 12:00 p.m. to a change of plea proceeding.  Since the parties appeared before your Honor on October 3, 2018, counsel for defendant Siva has informed the Government that the defendant intends to plead guilty.  The Government will submit a copy of the signed plea agreement to Chambers.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By: *[signature]*
    Andrea M. Griswold / Samson Enzer
    Assistant United States Attorneys
    (212) 637-1205 / -2342

cc:  All counsel of record