

# BRACEWELL

April 8, 2019

**SO ORDERED:** 4/9/19

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

VIA ECF

Honorable Alison J. Nathan
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

> Mr. Siva's bail conditions are hereby modified to permit him to travel to Delaware, Maryland, Pennsylvania, Connecticut, Rhode Island, and Massachusetts, during the month of April.
> SO ORDERED.

Re:  United States v. Michael Siva, Dkt No., 1:17-cr-00503-AJN

Dear Judge Nathan:

    I write on behalf of Michael Siva, who is scheduled to surrender to begin his prison sentence on June 3, 2019. As you may recall, Mr. Siva has a son, Caden, who is a junior in high school and plans to attend college beginning in September 2020. Michael and his wife would like to take Caden to visit several colleges in the northeast (in Baltimore, Philadelphia, and Massachusetts) during the week of April 15. They would leave by car on Monday April 15 and return to their home on Sunday April 21.

    Michael's current bail conditions limit his travel to the Southern and Eastern Districts of New York and New Jersey. The planned college trip would require an extension of those limits to include Delaware, Maryland, Pennsylvania, Connecticut, Rhode Island and Massachusetts. I have spoken to Assistant United Stated Attorney Andrea Griswold and pre-trial services Officer Shannon Hernandez, and neither objects to the proposed modification. I thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Paul Shechtman

Paul Shechtman
Partner

Bracewell LLP
T: +1.212.508.6100   F: +1.800.404.3970
1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100
bracewell.com

AUSTIN  CONNECTICUT  DALLAS  DUBAI  HOUSTON  LONDON  NEW YORK  SAN ANTONIO  SEATTLE  WASHINGTON, DC

#5913603